# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | |
|---|---|
| WILLIAM SCOTT SOURS, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:15-cv-05075-DGK |
| CHAD KARR, et al., | ) |
| Defendants. | ) |

## ORDER DENYING MOTION FOR SANCTIONS

Now before the Court is Plaintiff's pro se Motion for Sanctions (Doc. 79), Defendants Karr and Kitch's Response (Doc. 82), and Defendants Bland and McIntosh's Response (Doc. 84). Plaintiff argues Defendants should be sanctioned because they failed to comply with the Court's September 20, 2017 Order (Doc. 73) directing them to produce certain documents on or before October 20, 2017. Defendants produced the documents on November 15, 2017.

Federal Rule of Civil Procedure 37(b)(2)(A) provides in part that, "If a party . . . fails to obey an order to provide or permit discovery . . . the court where the action is pending *may* issue further just orders." (emphasis added).

After careful review of the record, the Court finds that although Defendants failed to produce certain documents until twenty-six days after the discovery deadline, their conduct was not sanctionable. Therefore, Plaintiff's Motion for Sanctions (Doc. 79) is DENIED.

**IT IS SO ORDERED.**

Date: July 18, 2018      /s/ Greg Kays
                                        GREG KAYS, CHIEF JUDGE
                                        UNITED STATES DISTRICT COURT